UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40135 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Theft of Mail;<br>Possession of Stolen Mail |
| HEATHER STAHLHOEFER,<br>MISTY CROWE, a/k/a MISTY<br>STAHLHOEFER, and<br>JESSICA BAUERLE, | 18 U.S.C. §§ 1708 and 2;<br>18 U.S.C. § 1708 |
| Defendants. | |

The Grand Jury charges:

COUNT 1

On or about December 19, 2016, in the District of South Dakota, the defendants, Heather Stahlhoefer and Misty Crowe, a/k/a Misty Stahlhoefer, did steal and take from and out of an authorized depository for mail matter or post office located in Baltic, South Dakota, letters, postal cards, packages, bags, and mail, and did aid and abet the same, in violation of 18 U.S.C. §§ 1708 and 2.

COUNT 2

Between approximately December 19, 2016, and February 2017, in the District of South Dakota, the defendants, Heather Stahlhoefer, Misty Crowe, a/k/a Misty Stahlhoefer, and Jessica Bauerle, did receive, conceal, and unlawfully have in their possession, the contents of mail packages, bags, and mail, which had been stolen, and taken from a post office which was an

authorized depository for mail matter, knowing the said items to have been stolen and taken from a post office and authorized depository for mail matter, in violation of 18 U.S.C. § 1708.

A TRUE BILL:

**Name Redacted**

_____
Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _____